**UNITED STATES of America, Plaintiff-Appellant-Cross-Appellee,**

v.

**AUTHOR SERVICES, INC., Defendant-Appellee, Cross-Appellant.**

Nos. 85–6194, 85–6195.

United States Court of Appeals, Ninth Circuit.

March 3, 1987.

Department of Justice, John Dudeck and Michael L. Paup, Chief, Appellate Section, Washington, D.C., for plaintiff-appellant.

Michael L. Hertzberg, New York City and Lenske, Lenske & Heller, Stephen A. Lenske, Woodland Hills, Cal., for defendant-appellee.

Before TANG and BRUNETTI, Circuit Judges, and JAMESON,* District Judge.

### ORDER

The opinion issued December 1, 1986, 804 F.2d 1520, is amended as follows:

Slip op. at 9, lines 10–11 [p. 1525, 1st col. lines 11, 12]: Change the citation to *United States v. Barrett* to 804 F.2d 1376, 1378 (5th Cir.1986).

Slip op. at 10, lines 22–25 [p. 1525, 2d col. lines 28–32]: Change to read:

*Texas Heart Institute,* 755 F.2d at 481; *Barrett,* 804 F.2d at 1378. We believe the *Texas Heart* rule to be sound and applicable to the facts of this case.